UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OLIN LEVY, | No. C-11-06617 JCS |
| Plaintiff, | |
| v. | **ORDER** |
| NEW YORK LIFE INS. CO., | **[Docket No. 7]** |
| Defendants. | |

Plaintiff Marc Olin Levy has filed a "Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge." Because Plaintiff previously consented to magistrate jurisdiction, the purported declination is untimely and the Court cannot consider it. Accordingly, the request for reassignment is DENIED.

IT IS SO ORDERED.

Dated: January 25, 2012

JOSEPH C. SPERO
United States Magistrate Judge

1